# Court of Appeals
# of the State of Georgia

ATLANTA, January 03, 2018

*The Court of Appeals hereby passes the following order*

**A18D0221. RANDY EDWARDS v. THE STATE et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12CR02348BJFL001 13CR00216AJFL001 13CR00377JFL001 13CR00736JFL001

13CR02768JFL001



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, January 03, 2018.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*